IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| KATHERINE PRAVAZABOJOVNIK, | CV-23-27-GF-JTJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO VACATE PRETRIAL MOTIONS' DEADLINE** |
| J&M AUTOS, INC., | |
| Defendant. | |

Upon reading and filing of the parties Joint Motion to Vacate and continue Pretrial Motions Deadline and good cause appearing; IT IS HEREBY ORDERED that the Motion is Granted.

IT IS FURTHER ORDERED that the pretrial motions' deadline is reset to February 3, 2025.

DATED this 3rd day of December, 2024.

_____
John Johnston
United States Magistrate Judge